FILED

2019 OCT 31  A 11: 22

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury



19 CR 4406 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(b)(1)(C) – Distribution of Fentanyl Resulting in Death (Felony) |
| ARNOLD RAY WALTERS III, aka "Chip", | |
| Defendant. | |

The grand jury charges:

On or about December 31, 2016, within the Southern District of California, defendant ARNOLD RAY WALTERS III, aka "Chip", did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, which resulted in the death of another person, to wit, A.L.; in violation of Title 21, United States Code, Section 841(b)(1)(C), a felony.

DATED: October 31, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER JR.
United States Attorney

By: _____
KAREEM A. SALEM
Assistant U.S. Attorney

KASA:nlv:San Diego
10/30/19