UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>ARNOLD RAY WALTERS III,<br><br>                        Defendant. | Case Nos.: 19CR4406-JLS<br>                18CR2185-JLS<br><br>**ORDER CONSTRUING NOTICE OF APPEAL AS MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE and SETTING BRIEFING SCHEDULE** |

      These matters have been remanded to this Court by the Ninth Circuit Court of Appeals with instructions to "process [Defendant's] notices of appeal filed in case Nos. 3:19-cr-4406-JLS (CR 68), and 3:18-cr-2185 (CR 103) as motions to vacate under § 2255, and to provide appellant an opportunity to amend the motions pursuant to the procedures outlined in *Castro v. United States*, 540 U.S. 375, 382 (2003)." 19CR4406 ECF 76. Accordingly, the Court hereby construes the notices of appeal filed in these matters as motions to vacate under 28 U.S.C. § 2255 and directs the Clerk's Office to update the docket accordingly.

      Defendant shall file any amendment or supplement to his § 2255 motions on or before **December 29, 2023**. Defendant is cautioned that any claims raised after the December 29, 2023 deadline will be subject to the "second or successive" motion provisions of 28 U.S.C. § 2255(h). This means that any claim not raised in the original or

amended/supplemental motion filed by December 29, 2023 must be certified by the Court of Appeals to contain newly discovered evidence sufficient to establish that no reasonable factfinder would have found the defendant guilty of the offense, or a new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court.

Plaintiff shall file and serve a responsive memorandum addressing Defendant's motions not later than **January 29, 2024**.  The response shall include any and all documents relevant to the determination of the issues in the motion.  If the defendant wishes to reply to the plaintiff's responsive memorandum, a reply must be filed not later than **February 20, 2024**.  Upon the filing of the foregoing, the parties shall await the further order of this Court.

IT IS SO ORDERED.

Dated:  November 28, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge